IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-0650-CG-B |
| | ) |
| **WANDA D. GIBSON, D.D.S.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**CONSENT JUDGMENT**

A stipulation for entry of final judgment of consent having been filed by the parties on November 5, 2008 (Doc. 2);

Judgment is, therefore, hereby entered in favor of plaintiff, United States of America, and against defendant, Wanda D. Gibson, D.D.S., in the amount of $5,965.65 (principal of $5,883.30, interest in the amount of $82.35 through September 19, 2008), plus interest at 4.75% per annum from September 19, 2008, through the date of judgment, and interest at the legal rate of 1.34% pursuant to 28 U.S.C. §1961 from the date of judgment until paid in full, and court costs.

**DONE** and **ORDERED** this 5th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE